## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD RUBIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-957 |
| | § | |
| HARWIN EXCHANGE CENTER, INC., | § | |
| d/b/a ROSENBURG TRAVEL PLAZA | § | |
| and MOHAMMED SOHANI, | § | |
| individually | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION
## TO EXTEND SCHEDULING CONFERENCE

The parties' Joint Motion to Extend Scheduling Conference to facilitate settlement efforts

is granted.  The scheduling conference is reset to **December 13, 2013**, at 2:30 p.m.

SIGNED on October 24, 2013, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge